Keffel & Jump
2130 Arlington Avenue
Columbus, OH 43221

Date:    6/07/2011

Shepherd, Eric & Shelia
1250 Jensen Park Drive
New Albany, Ohio 43054

Regarding:    Shepherd, Eric M. & Shelia D
Invoice No:    00934

### Services Rendered

| Date | Staff | Bill Code Description | Markup% | Rate | DNB Hours | Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|------|-------|----------------------|---------|------|-----------|-------|--------|--------|--------|---------|-----------|
| 4/24/2011 | KG | Claims Review due to length of plan; reviewed claims filed and payments made | | | | | | | | 0.80 | |
| 4/24/2011 | KG | email re modification terms | | | | | | | | 0.20 | |
| 4/24/2011 | KG | Drafted motionto Modify plan due to length | | | | | | | | 1.00 | |
| 4/25/2011 | KG | email re terms of modification | | | | | | | | 0.10 | |
| 4/25/2011 | KG | email re signing modification | | | | | | | | 0.10 | |
| 5/04/2011 | KG | Received and reviewed signed modification | | | | | | | | 0.40 | |
| 5/04/2011 | KG | Received and reviewed income and expenses and drafted amended Schedules I & J | | | | | | | | 0.40 | |
| 5/04/2011 | KG | ECF filed modification and schedules | | | | | | | | 0.20 | |
| 6/01/2011 | KG | Drafted and filed proposed order on modification | | | | | | | | 0.40 | |
| 6/03/2011 | KG | Received and reviewed signed order on modification | | | | | | | | 0.20 | |

Total Fees    $703.00

### Expenses

| Date | Staff | Bill Code Description | Markup% | Price | Quantity | Amount | Status | Adj Val | Billed Val |
|------|-------|----------------------|---------|-------|----------|--------|--------|---------|-----------|
| 5/04/2011 | | Copies & Postage | | | | | | $31.50 | |

Total Expenses    $31.50

Total New Charges    $734.50

### Staff Summary

| Name | Position | Hours | Rate | Fees |
|------|----------|-------|------|------|
| Kathy Granger | Attorney | 3.80 | $185.00 | $703.00 |